**COMMISSIONER OF INTERNAL REVENUE v. LANE–WELLS COMPANY, Transferee of Technicraft Engineering Corporation, Transferor.**

**SAME v. TECHNICRAFT ENGINEERING CORPORATION.**

Nos. 10156, 10157.

Circuit Court of Appeals, Ninth Circuit.

June 9, 1942.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for Commissioner.

Raphael Dechter, of Los Angeles, Cal., for respondents.

Before WILBUR, DENMAN and MATHEWS, Circuit Judges.

740

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties for dismissal of the petition to review by the Commissioner in each of above causes, and good cause therefor appearing, ordered petition of Commissioner in each of above causes, 43 B. T. A. 463, dismissed, that a judgment be filed in each cause and recorded in the minutes of this Court accordingly, and that the mandate of this court in each cause issue forthwith.